# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 95th Judicial District Court, Dallas County | DC-22-16128 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | See attachment | See attachment |
   |  |  |
   |  |  |
   |  |  |
   |  |  |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?   ✓ Yes     ☐ No

   If "*Yes,*" by which date and on what date?

   Plaintiff                                           11/21/2022
   Party                                               Date

4. **Answer:**

   Was an Answer made in State Court?  ☑ Yes    ☐ No

   If "*Yes*," by which party and on what date?

   | Defendants | 12/30/2022 |
   |---|---|
   | Party | Date |

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   | None | |
   | | |
   | | |
   | | |
   | | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   | None | N/A |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | Plaintiff Abel Garza | Plaintiff alleges age and disability discrimination, harassment, and retaliation under the Uniformed Services Employment and Reemployment Rights Act, as well as the Texas Labor Code. |
   | Defendants Energy Transfer Partners, LLC and La Grange Acquisition, L.P. | Defendants deny these claims and assert affirmative defenses. |

ATTACHMENT TO SUPPLEMENTAL CIVIL COVER SHEET FOR CASES REMOVED FROM STATE COURT

**2.     Style of the Case:**

| Party and Party Type | Attorney(s) |
|---|---|
| Plaintiff, ABEL GARZA | Charles H. Peckham, SBN 15704900 |
| | Mary A. Martin, SBN 00797280 |
| | PECKHAM MARTIN, PLLC |
| | Two Bering Park |
| | 800 Bering Drive, Suite 220 |
| | Houston, Texas 77057 |
| | (713) 574-9044 |
| | |
| Defendants, ENERGY TRANSFER PARTNERS, L.L.C. and LA GRANGE ACQUISITION, L.P. | Kelley Edwards, SBN 24041775 |
| | LITTLER MENDELSON, P.C. |
| | 1301 McKinney Street, Suite 1900 |
| | Houston, Texas 77010 |
| | (713) 951-9400 |
| | Matthew A. Swanger, SBN 24100286 |
| | LITTLER MENDELSON, P.C. |
| | 2001 Ross Avenue, Suite 1500 |
| | Dallas, Texas 75201 |
| | (214) 880-8100 |
| | |