IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ABEL GARZA, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | No. 3:23-CV-0027-D |
| § | |
| ENERGY TRANSFER PARTNERS, § | |
| L.L.C. and LA GRANGE § | |
| ACQUISITION, L.P., § | |
| § | |
| Defendants. § | |

## **JUDGMENT**

It is ordered and adjudged that defendants' bill of costs is granted in part and denied in part; plaintiff Abel Garza's objections to defendants' bill of costs are sustained in part and overruled in part; and allowable and reasonable costs are taxed against plaintiff Abel Garza in the amount of $4,226.65, consisting of $402.00 for clerk fees, $1,770.00 for the video of Abel Garza's deposition, and $2,054.65 for the written transcript of Abel Garza's deposition.

Done at Dallas, Texas February 28, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE